CLERK'S OFFICE
CO-932
Rev. 4/96

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

I. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

- [ ] (a) relates to common property
- [x] (b) involves common issues of fact
- [ ] (c) grows out of the same event or transaction
- [ ] (d) involves the validity or infringement of the same patent
- [ ] (e) is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
Various state and federal district courts including D. N.J., D. P.R., D. Minn., N.D. Cal., W.D. Mo., N.D. Iowa, and S.D. Fla.

4. CAPTION AND CASE NUMBER OF RELATED CASE(E=S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

Please see attached sheet _____ v. _____ C.A. No. _____

1/23/08                    _David M. Cassatt_/src_
DATE                        Signature of Plaintiff/Defendant (or counsel)

## Full Schedule Of Actions

### United States District Court For The District of Arizona

1. *Vincent H. Yazzie v. Medtroinc, Inc., Medtronic USA, Inc., Black Corporations I-x, White partnerships I-X, John Does I-X, and Jane Does I-X.* Case Number 08-cv-08000, file on 1/2/2008. (Judge Edward C. Voss)

### United States District Court For The Central District of California

1. *Imogene Lovings v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 07-CV-8392, filed on 12/28/07. (Judge George H. Wu);

2. *Karin Graziani v. St. Jude Medical, Inc., a Minnesota Corporation; Does 1 through 100, Inclusive,* Case Number CV-08-00202, filed on 11/20/2007. (Judge Florence Marie Cooper)

### United States District Court For The Northern District of California

1. *Jeneane Baque v. Medtronic, Inc.*, Case Number 3:07-CV-5352, filed on 10/19/07. (Judge William H. Alup);

2. *Rashid Hunter v. Medtronic, Inc., Medtronic International Technology f/k/a Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 3:07-cv-06474-BZ, filed on 12/26/2007. (Judge William H. Alup);

3. *Roseann Mitchell, Uriela Mitchell, Thomas Mitchell, and Patricia Hines v. Medtronic, Inc. and McKesson Corporation*, Case Number 3:07-CV-06352-JCS, filed on 12/14/2007. (Magistrate Judge Joseph C. Spero; Judge, Federal District Judge Martin J. Jenkins);

4. *Willie West and Pamela West v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-05697-MEJ, filed on 11/9/2007. ( Judge William H. Alsup).

### United States District Court For The Middle District of Florida

1. *Larry Diver, as personal representative of estate of Judith Diver v. Medtronic, Inc.*, Case Number 8:07-cv-01857-JSM-TBM, filed on 10/11/2007. (Judge James S. Moody, Jr.).

### United States District Court For The Southern District of Florida

1. *Eugene Clasby v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 1:07-CV-22768, filed on 10/19/2007. (Judge Ursula Ungaro);

2. *Leroy Coffee v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case. Number 9:07-CV-81094, filed on 11/19/2007. (Judge William Dimitrouleas);

3. *Herbert Mayo v. Medtronic, Inc.*, Case Number 1:07-CV-23045-ASG, filed on 11/21/2007. (Judge Alan S. Gold);

4. *John North v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations, Co.*, Case Number 07-CV-227-64, filed on 11/19/2007. (Judge Paul C. Huck);

5. *Doug Venning, v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 9:07-CV-81056, filed on 11/07/2007. (Judge Kenneth A. Marra);

6. *Mary M. Wardwell v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 07-CV-81034, filed on 11/02/2007. (Judge Donald M. Middlebrooks).

**United States District Court For The Southern District of Indiana**

1. *Charles R. Phillips v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 1:07-CV-1556-SEB-JMS, filed on 11/30/2007. (Judge Sarah Baker).

**United States District Court For The Northern District of Iowa**

1. *Violet Klein and Oliver Klein v. Medtronic, Inc.*, Case Number 1:07-CV-00104, filed on 10/19/07. (Judge Edward McManus).

**United States District Court For The District of Kansas**

1. *Phillip S. Brown v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 2:07-CV-02542, amended complaint filed on 11/15/2007. (Judge Carlos Murguia).

**United States District Court For The Eastern District of Louisiana**

1. *Lois Earline Bogle and Eugene J. Bogle v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, 07-9737, filed on 12/20/2007. (Judge Mary Ann Vial Lemmon);

2. *Keith Paul Trosclair v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 2:07-CV-07565-HGB-DEK, filed on 10/29/2007. (Judge Helen Berrigan);

3. *Henry J. Theriot and Earline B. Theriot v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 2:07-CV-08441-EEF-KWR, filed on 11/9/2007. (Judge Eldon Fallon).

**United States District Court For The Middle District of Louisiana**

1. *Vertrena Wilkinson Crum v. Medtronic, Inc, MDT Puerto Rico, Inc and MDT Puerto Rico Operation Co.*, Case Number 3:07-CV-00923, filed on 12/06/2007. (Judge Frank Polozola).

**United States District Court For The Western District of Louisiana**

1. *Mattie Ley Johnson Londo v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 6:07-cv-1809-RFD-CMH, filed on 11/01/2007. (Judge Rebecca Doherty);

2. *Dianna Sonnier v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 6:07-CV-01889-TLM-CMH, filed on 11/13/2007. (Judge Tucker L. Melancon);

3. *Randall Stone v. Medtronic, Inc, Medtronic Puerto Rico, Inc and Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-1902-RGJ-KLH, filed on 11/14/2007. (Judge Robert James).

**United States District Court For The District of Minnesota**

1. *Donald Alexander v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 07-cv-4519-DWF-AOB, filed on 11/5/2007. (Judge Donovan Frank);

2. *Harvey Lee Conway, Jr., John Paul Miller and Charles Peterson, Jr. v. Medtronic, Inc, Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 07-CV-4270, filed on 10/16/2007. (Judge Paul Magnuson);

3. *Rodney C. Kesti v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 07-CV-04442, filed on 10/31/2007. (Judge Richard Kyle);

4. *Jesse Noonan v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations, Co.*, Case Number 07-CV-04528, filed on 11/05/07. (Judge James Rosenbaum);

5. *Leonard Shapiro v. Medtronic, Inc, Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 07-CV-4669-PAM-JSM, filed on 11/20/2007. (Judge Paul Magnuson);

6. *Kelly Luisi and Len J. Stavish v. Medtronic, Inc, Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 07-CV-4250 RHK/JSM, filed on 10/15/2007. (Judge Richard Kyle);

7. *Linda J. White v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 07-4412, filed on 10/29/07. (Judge James Rosenbaum).

8. *William L. Norwood v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 08-CV-00026, filled on 1/3/2008. ( Judge Richard H. Kyle )

**United States District Court For The Eastern District of Missouri**

1. *James C. Williams v. Medtronic, Inc.*, Case Number 4:07-CV-02052-CAS, filed on 12/13/2007. (Judge Charles A. Shaw).

**United States District Court For The Western District of Missouri**

1. *William Bruening v. Medtronic, Inc. and Medtronic Technology Interntional* [sic], *Inc.*, Case Number 07-4254-CV-C-NKL, filed on 12/14/2007. (Judge Nanette K. Laughrey);

2. *Kenneth Carlile v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 5:07-cv-06110-FJG, filed on 10/19/2007. (Judge Fernando Gaitan);

3. *Larry Howard v. Medtronic, Inc. and Medtronic International Technology, Inc.*, Case Number 3:08-CV-05004-JCE, filed on 1/15/2008. (Judge James C. England)

4. *Ruby McNabb v. Medtronic U.S.A., Inc.*, Case Number 4:07-CV-00494, filed on 07/11/2007. (Judge Dean Whipple).

5. *William Stutz v. Medtronic, Inc. and Medtronic International Technology, Inc.*, Case Number 4:08-CV-00035-FJG, filed on1/15/2008. (Judge Fernando J. Gaitan, Jr.)

**United States District Court For The District of New Jersey**

1. *E. David Barrick v. Medtronic World Headquarters, John Doe Distributors 1-10 and John Doe Manufacturers 1-10*, Case Number 3:07-CV-04393, filed on 09/13/2007. (Judge Mary L. Cooper);

2. *Maria Wood and Ronald Wood v. Medtronic, Inc.*, Case Number 2:08-CV-00121, filed on 12/7/2007. (Judge Jose L. Linares)

**United States District Court For The Eastern District of New York**

1. *Kareem Abdul-Akbar, Curtis Hammock, Elaine Hammock, James Ivory and Ann Ivory v. Medtronic, Inc.*, Case Number 07-CV-05194, filed on 12/13/2007. (Judge David G. Trogers)

**United States District Court For The District of North Dakota**

1. *Winnifred Leverson v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 1:07-CV-00090, filed on 11/27/2007. (Judge Daniel Hovland).

**United States District Court For The Northern District of Ohio**

1. *Howard J. Varner v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 5:07-CV-3766-SL, filed on 12/11/2007. (Judge Sara Lioi).

**United States District Court For The District of Puerto Rico**

1. *Don Bailey, Joseph Crawnley, Jr., Edward Dickhausen, Jay Grant, Claude Groters, Jr., Bobby Hutchins, Paul Pollard, Victoria Scran, Maurice Thomas, Gregory Cooley, Jack Earles, Julian Gibson, Lela Gray, David Hudson, Glenn Marrs, Henry Mckenzie, Sr., Hennis Roussel, Sr., Michael Teeters, Carmel Smith, Paul Bauman, Anthony Copicotto, Barbara Amann, Theresa Lequesne, Waney Barry, Richard Kocielko, Sr., Allan Vannhorn, Robert Seybold, Kelly Molkenbur, Paula Schwartz, Christopher Saladino, Gerald P. Cashion, James Giambalvo, Diane Carlson, John Denoble, Alan Corleone, Siegfried Bauer, Robert H. Bauman, Robert Holsinger, Michael Varvel, Paul Del-Conte, Kenneth Derragon, Fred German, Charles Bartlett, Ronald Medina, Richard Farina, Dorothy North, Roger Vieira, Sandra Riker, Cecilia Cleveland, Ingemar Woods, Sr., Ronald Attebery, Steven Moore, Desiree Johnson, Brian Beier, Michael Cotton, Aethur Bongiorno, Roger Matheney, William H. Mcgraw, Robert Judy, Thomas Queensbury, Gracie Hobson, Martin F. Wojciechowski, Catrina Woods, Robert Muntean, James Ivory, Irving L. Turner, Dorothy Molkenbur, Raul Sierra v. Medtronic, Inc., Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-02161-DRD, filed on 12/07/2007. (Judge Daniel Dominguez);

2. *Dominick Barbera v. Medtronic, Inc., Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-02162-DRD, filed on 12/07/2007. (Judge Daniel Dominguez);

3. *Norman Black v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 07-2014-GAG, filed on 10/24/2007. (Judge Gustavo Gelpi);

4. *Colon-Perez v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 3:07-02021-GAG, filed on 10/25/2007. (Judge Gustavo Gelpi).

5. *Carlos Milan, Sharyn Hiergesell, William Weninger, John Ferrill, Ralph Judson, Diane Charette, Margaret W. Wagner, Alvin Lawson, Betty Wingo, Edward Marks, Stephen Andrews, Kimberly Ward, Dennis Lewis, Nancy Summers, Therman Barclay and Patricia Bradley v. Medtronic, Inc. Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-02064, filed on 11/07/2007. (Judge Gustavo A. Gelpi);

6. *Diego Maldonado-Ocasio v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 3:2007-CV-02135, filed on 11/29/2007. (Judge Aida Delgado-Colon);

7. *Russell Nelson, George and Annabelle Asastas and Donald and Misty Tucker v. Medtronic, Inc, Medtronic Puerto Rico, Inc and Medtronic Puerto Rico Operations Co.*, Case Number 07-1969 (JAG), filed on 10/15/2007. (Judge Gustavo Gelpi);

8. *Juan Orta-Rodriguez v. Medtronic, Inc., Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-02169-JAF, filed on 12/07/2007. (Judge Jose Fuste);

9. *Fernando Ortiz-Gomez v. Medtronic, Inc., Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-02170-JAG, filed on 12/07/2007. (Judge Jay Gregory-Garcia);

10. *Gerald Phaup, Jr. v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 07-2050 (JAG), filed on 11/02/2007. (Judge Jay Gregory-Garcia);

11. *Cruz Reyes-Rivera v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 3:2007-CV-02128, filed on 11/28/2007. (Judge Aida Delgado-Colon);

12. *Frederick Santitoro and Richard Kinney v. Medtronic, Inc, Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 07-1972 (JAG), filed on 10/16/2007. (Judge Gustavo Gelpi);

13. *Chester Smith v. Medtronic, Inc., Medtronic Puerto Rico, Inc., Medtronic Puerto Rico Operations Co.*, Case Number 3:07-CV-02163-GAG, filed on 12/07/2007. (Judge Gustavo Gelpi);

14. *William E. Storms v. Medtronic, Inc., Medtronic Puerto Rico, Inc., and Medtronic Puerto Operations Co.*, Case Number 07-2049 (CC), filed on 11/02/2007. (Judge Carmen Cerezo);

15. *David Wood v. Medtronic, Inc, Medtronic Puerto Rico, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 07-1971 (JAG), filed on 10/16/2007. (Judge Gustavo Gelpi);

**United States District Court For The Western District of Texas**

1. *Salina Marie Badillo v. Medtronic, Inc.*, Case Number 07-CA-0942, filed on 11/19/2007. (Judge Xavier Rodriguez).

**United States District Court For The Southern District of West Virginia**

1. *Betty Allamong v. Medtronic, Inc., Medtronic International Technology, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 2:07-CV-00812, filed 12/12/2007. (Judge Joseph R. Goodwin)

2. *Ted Carter v. Medtronic, Inc.*, Case Number 2:07-CV-00752, filed on 11/20/2007. (Judge Joseph Goodwin).

3. *Billie Fetty v. Medtronic, Inc., Medtronic International Technology, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 2:07-CV-0809, filed12/12/2007. (Judge Joseph R. Goodwin)

4. *Deborah K. Fulks v Medtronic, Inc., Medtronic International Technology, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 2:07-CV-0800, filed12/07/2007. (Judge John T. Copenhaver Jr.)

5. *Edith A. Lilly, as Administratix of the Estate of Martha A. Haas v. Medtronic, Inc., Medtronic International Technology, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 2:08-CV-00002, filed1/02/2008. (Judge Joseph R. Goodwin)

6. *Ruth Russell, Individually, and in her Capacity as Legal Guardian of the Minor Child, Justin Burkhammer v. Medtronic, Inc., Medtronic International Technology, Inc., and Medtronic Puerto Rico Operations Co.*, Case Number 2:07-CV-0813, filed 12/12/2007. (Judge Joseph R. Goodwin)