IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD SHADWICK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. _____ |
| MEDTRONIC, INC., | ) ) ) |
| Defendant. | ) |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Defendant Medtronic, Inc. ("Medtronic"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Medtronic which have any outstanding securities in the hands of the public.

Medtronic, Inc. is a publicly held company and has no corporate parent. No other publicly held company owns 10% or more of its stock..

These representations are made in order that judges of this court may determine the need for recusal.

DATED: January 23, 2008                Respectfully submitted,

Attorney of Record for Defendant,
MEDTRONIC, INC.

By: _____
     David M. Gossett

Michael E. Lackey, Jr.
David M. Gossett
Mayer Brown LLP
1909 K Street, Northwest
Washington, D.C. 20006-1101
mlackey@mayerbrown.com
dgossett@mayerbrown.com
(202) 263-3000 (t)
(202) 263-3300 (f)

*Attorneys for Defendant*
*Medtronic, Inc.*

## CERTIFICATE OF SERVICE

I, David M. Gossett, an attorney, certify that I caused a copy of the attached Defendant, Medtronic, Inc.'s Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia to be served by sending the same by facsimile and U.S. mail, postage prepaid, on January 23, 2008, addressed to the following:

> Aaron M. Levine
> Brandon J. Levine
> Renee L. Robinson-Meyer
> Steven J. Lewis
> Benjamin J. Cooper
> 1320 19th Street, N.W., Suite 500
> Washington, D.C. 20036
> Fax: (202) 833-8046

_____
David M. Gossett