CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD SHADWICK , | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-128 (CKK) |
| | ) | |
| MEDTRONIC, INC. | ) | Category   B |
| | ) | |
| Defendants | ) | |

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on <u>January 25, 2008</u> from <u>Judge Paul L. Friedman</u> to <u>Judge Colleen Kollar-Kotelly</u> by direction of the Calendar Committee.

(Case Randomly Reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Kollar-Kotelly</u> & Courtroom Deputy
      <u>Judge Friedman</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk