**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RICHARD SHADWICK,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | Civil Action No.: 08-cv-0128 (CKK) |
| ] | Next Event: |
| **MEDTRONIC, INC.,** ] | |
| ] | |
| **Defendant.** ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiff RICHARD SHADWICK in the above-referenced matter.

          Respectfully submitted,

          AARON M. LEVINE & ASSOCIATES

          /s/ Aaron M. Levine
          AARON M. LEVINE, #7864
          1320 19th Street, N.W., Suite 500
          Washington, DC 20036
          202-833-8040
          Fax: 202-833-8046
          E-Mail: aaronlevinelaw@aol.com