# United States District Court
# For the District of Columbia

RICHARD SHADWICK,

        Plaintiff(s)  )
)
) **APPEARANCE**
)
) Civil Action No. 1:08-cv-00128
      vs. )
MEDTRONIC, INC., )
)
)
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Michael E. Lackey, Jr.__ as counsel in this
                                          (Attorney's Name)

case for: __Medtronic, Inc.__
              (Name of party or parties)

January 29, 2008                                   */s/ Michael E. Lackey*
Date                                                            Signature

                                                    Michael E. Lackey, Jr.
D.C. Bar and D.D.C. Bar No. 443362             Print Name
BAR IDENTIFICATION

                                                  Mayer Brown LLP, 1909 K Street NW
                                                  Address

                                                  Washington, DC     20006
                                                  City           State          Zip Code

                                                  (202) 263-3000
                                                  Phone Number

## CERTIFICATE OF SERVICE

I, David M. Gossett, an attorney, certify that I caused a copy of the attached Notice of Appearance of Michael E. Lackey, Jr. to be served via the CF/ECF service, on January 29, 2008, upon the following:

>Aaron M. Levine
>Steven J. Lewis
>AARON M. LEVINE & ASSOCIATES
>1320 19th Street, N.W., Suite 500
>Washington, D.C. 20036


>/s/ David M. Gossett
>David M. Gossett