IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD SHADWICK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:08-cv-00128 |
| MEDTRONIC, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

After considering Defendant's Consent Motion to Stay All Proceedings Until After A Decision By The Judicial Panel On Multidistrict Litigation On Pending Motions For Transfer, any response thereto, the Pleadings on file, and the arguments of counsel, the Court finds that the Consent Motion to Stay should be GRANTED.

Therefore, Defendant's Consent Motion to Stay is GRANTED in its entirety and it is therefore ORDERED that all proceedings, including all scheduled conferences and hearings and all pending deadlines for filing of responsive pleadings and service of discovery or automatic disclosures under Fed. R. Civ. P. 26, are stayed until after the pending transfer motions are decided by the Judicial Panel on Multidistrict Litigation.

Dated: _Jan. 31_, 2008

_____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

(N)