

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

WASHINGTON, D.C. 20001-2131

RECEIVED
FEB - 6 2008
SUPERIOR COURT

Date: 02-05-08

The Honorable Nancy-Mayer-Whittington, Clerk
United States District Court for the District of Columbia
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

08cv128 ckk

**In Re: Richard Shadwick vs. Medtronic, Inc**

**Civil Action Number: 08ca63**

Dear Ms. Mayer-Whittington:

Transmitted herewith are all of the pleadings filed in the above captioned case pursuant to a Petition for Removal Filed on January 23, 2008  This case consists of 1 volume(s). A certified copy of the docket entries is also enclosed.

Please acknowledge receipt of our file on the duplicate copy of this letter, and return it to this Court.

Sincerely,

Edward Jenkins, Branch Chief
Civil Actions Branch

By: _____